# VLADECK, RASKIN & CLARK, P.C.

March 26, 2025

Hon. Paul G. Gardephe
United States District Court Judge SDNY
40 Foley Square
New York, NY 10007

> MEMO ENDORSED
>
> The Application is granted.
>
> SO ORDERED:
>
> /s/ Paul G. Gardephe
> Paul G. Gardephe, U.S.D.J.
>
> Dated: March 28, 2025

Re:    *United States v Kamal Kerr*, 12 Cr 397 (PGG)

Dear Judge Gardephe:

    I have been notified that the above captioned individual, my former client Kama Kerr, is in federal custody for a Violation of Supervised Release. It is my understanding that following a term in state prison Mr. Kerr was detained and brought to this District to answer for that violation.

    I will represent Mr. Kerr on this violation, but request that I be so authorized as his counsel pursuant to the Criminal Justice Act. According to the docket, Mr. Kerr qualified for the appointment of counsel when he appeared most recently in the Northern District of New York on March 4, 2025 and was appointed a federal public defender to aid in his presentment in this District.

    I am in the process of continuing to conduct due diligence on this matter and ask that the Court appointment me and create the appointment voucher so that I can continue to do so and appear on his behalf as soon as possible.

Respectfully submitted,

/s/ Susan J. Walsh