UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

KAMAL KERR,

Defendant.

**ORDER**

12 Cr. 397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A conference will be held in this matter on **April 7, 2025 at 11:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
March 28, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge