UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>KAMAL KERR,<br><br>Defendant. | **ORDER**<br><br>12 Cr. 397 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Sentencing in this matter will take place on Wednesday, **April 16 at 10 a.m**. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      All parties will make their sentencing submissions by **Friday, April 11, 2025**.

Dated: New York, New York
       April 7, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge