UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

KAMAL KERR,

Defendant.

**ORDER**

12 Cr. 397 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing scheduled for Wednesday April 16, 2025 at 10 a.m. is hereby adjourned to **Wednesday, April 16, 2025 at 11 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
April 15, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge